

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **DEFAULT JUDGMENT** |
| | § | |
| vs. | § | Claim No.: C106-00562 |
| | § | Civil Action No.: |
| Elene Michel-Allonce | § | |
| A/K/A Elene Allonce | § | Hon. Arthur D. Spatt |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 0 1 2007 ★
LONG ISLAND OFFICE

Because Elene Michel-Allonce, a/k/a Elene Allonce, failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Elene Michel-Allonce, a/k/a Elene Allonce, residing at 190 Rhododendron Dr, Westbury, NY 11590:

| | |
|---|---|
| **Claim No. C106-00562:** | |
| Principal Balance | $22,906.41 |
| Total Interest Accrued | $2,060.33 |
| Administrative Charges | $21.50 |
| Attorney Fees | $.00 |
| Less Credits (Debtor Payments) | $.00 |
| Subtotal Owed | $24,988.24 |
| | |
| Filing Fees Pursuant to | |
| 28 U.S.C. Section 2412(a)(2) | $150.00 |
| Total Due | $25,138.24 |

Central Islip
Dated: ~~Brooklyn~~, New York
       4/1        , 2007

case closed.

_____
Hon. Arthur D. Spatt
United States District Judge

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.